597 A.2d 1083

GARY SECALLUS, PLAINTIFF, v. JOSEPH L. MUSCARELLE, A/K/A JOSEPH L. MUSCARELLE AND SONS, INC., A NEW JERSEY CORPORATION, DEFENDANT AND THIRD–PARTY PLAINTIFF–RESPONDENT, v. STEEL STRUCTURES CORPORATION, THIRD–PARTY DEFENDANT–APPELLANT, AND DOW JONES AND COMPANY, THIRD–PARTY DEFENDANT.

Argued October 9, 1991—Decided October 31, 1991.

*Michael B. Oropollo* argued the cause for appellant (*Hoagland, Longo, Oropollo & Moran,* attorneys; *Robert F. Colquhoun, II,* on the brief).

*Donald L. Letizia* argued the cause for respondent (*Brian Granstrand,* attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 245 *N.J.Super.* 535, 586 *A.*2d 305 (1991).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN—7.